fee paid

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

OTHMAN IBELA

Write the full name of each plaintiff.

**20-cv-3800**

(Include case number if one has been assigned)

-against-

ALLIED UNIVERSAL

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

Do you want a jury trial?

☒ Yes    ☐ No

RECEIVED
MAY 14 2020
PRO SE OFFICE

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

# I.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Othman | | Ibela |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 147-36 94th ave Apt#19B | | |
|---|---|---|
| Street Address | | |

| Jamaica | NY | 11435 |
|---|---|---|
| County, City | State | Zip Code |

| 347-303-4270 | motherlandcorporation@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:

| ALLIED UNIVERSAL | | |
|---|---|---|
| Name | | |

| 229W 36th street, 11th Floor | | |
|---|---|---|
| Address where defendant may be served | | |

| New York | NY | 10018 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

| | | |
|---|---|---|
| Name | | |

| | | |
|---|---|---|
| Address where defendant may be served | | |

| | | |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

| Name |
|---|

| Address where defendant may be served |
|---|

| County, City | State | Zip Code |
|---|---|---|

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:
The Cryder house

| Name |
|---|
| 166-25 Powells cove blvd |

| Address |
|---|
| Whitestone | NY | 11357 |

| County, City | State | Zip Code |
|---|---|---|

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☒ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐ race:

☐ color:

☐ religion:

☐ sex:

☒ national origin:

Despite I am American citizen my co-worker believe that I'm not welcome in USA,he yelled at me by requesting me to leave the site then he throw away my chair outside of the booth;(exhibit A)

(Exhibit A)

Jun 25, 1:41AM





Send message

(Exhibit A)

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

    My race is: _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

    I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

    My disability or perceived disability is: _____

☒ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

    My disability or perceived disability is:    Mental disorder

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B.  Other Claims

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☒ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ **Other** (may include other relevant federal, state, city, or county law):

_____

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐  did not hire me

☐  terminated my employment

☐  did not promote me

☒  did not accommodate my disability

☐  provided me with terms and conditions of employment different from those of similar employees

☒  retaliated against me

☒  harassed me or created a hostile work environment

☒  other (specify):    Refused to give me work

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

On 06/24/2019 around 10:53pm, I was victim of hostile work environment provoked by my co-worker,I did report the incident to my former manager Mr Nicholas but he failed to take action.Around 06/25/2019 I did report the incident to HR but HR failed to take action ,instead; they referred me back to my former manager Mr Nicholas. He started to retaliated against me because I did report the incident to HR.
Around 06/30/2019; I revealed to my former manager about my disability just after I revealed to him about my disability ,he started to take disciplinary action against me by refusing to give me work, by assuming that I am unable to do my job due to my disability ,I requested a plan to support my mental wellness at work but he denied my requested;(exhibit B).

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

(Exhibit B)



Date:   July 31st, 2019                                By Certified Mail

**Othman Ibela**
**147-36 94 Avenue Apt 19b**
**Jamaica, Queens, NY**

Dear Othman,

On July 28th, 2019, you called me at 10:51pm stating, "I feel sick, I'm not working tonight, I don't want to be at this site, please find me another site." Per your text, you indicated you had abandoned your post at Forest Hills South at 11:08pm. You later returned to post that same night. I then informed you to return home and to not return to any other shifts unless otherwise instructed by me.

I paid you for four hrs training for that night. I then provided you with your choice of three dates to report to the Syosset office for counseling to go over proper protocol. You selected August 1st. I also indicated I would need a fitness of duty report from your doctor, as the previous medical documentation you provided was from 2013. As per Allied Universal's HR department's instructions, the letter should specify "what the issues are in relation to his [guard's] duties."

In order to remain in good standing with Allied Universal, you will need to report to the Syosset office with appropriate documentation. Failure to do so will result in our inability to provide you with work.

Sincerely,


Nicholas Cocco
Operations Manager

Cc: HR Department

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

     ☒  Yes (Please attach a copy of the charge to this complaint.)

          When did you file your charge?    02/03/2020

     ☐  No

Have you received a Notice of Right to Sue from the EEOC?

     ☒  Yes (Please attach a copy of the Notice of Right to Sue.)

          What is the date on the Notice?    02/20/2020

          When did you receive the Notice?    02/26/2020

     ☐  No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

     ☐  direct the defendant to hire me

     ☐  direct the defendant to re-employ me

     ☐  direct the defendant to promote me

     ☐  direct the defendant to reasonably accommodate my religion

     ☐  direct the defendant to reasonably accommodate my disability

     ☒  direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)
I have been a victim of hostile work environment ,I have been denied work because my former manager assumed that due to my disability I am unable to do my job, despite I requested a plan to support my mental wellness at work my requested was denied as a result I am suffering of depression ,anxiety and emotional distress ; I thought about commit a suicide and I end up in hospital (exhibit C ), I am seeking proper to remedy the defendants unlawful employment practices ...

Page 6

 *(Exhibit C)*

# AFTER VISIT SUMMARY

NYC **HEALTH + HOSPITALS** | **Kings County**

**Othman Ibela** DoB: 9/12/1980     📅 2/24/2020  2:30 PM   📍 KC Adult Behavioral Health - 4th FL 718-245-2703

## Instructions from Zoe A Malkin, LMSW

 **Return in about 3 weeks**
(around 3/13/2020), or 3pm, for Next scheduled follow up.

## Today's Visit

You saw Zoe A Malkin, LMSW on Monday February 24, 2020.

## What's Next

**MAR 26 2020**   **Office Visit** with Jun Li, MD
Thursday March 26 1:15 PM

KC Adult Behavioral Health - 5th FL
451 Clarkson Avenue
Brooklyn NY 11203
718-245-2704

**Patient EMPI:  32817248**

## Your Medication List  as of 2/24/20  2:57 PM

ⓘ Always use your most recent med list.

**OLANZapine** 10 MG tablet
Commonly known as: ZYPREXA

Take 1 tablet (10 mg total) by mouth nightly.

# Other Info from Your Visit

Patient has no pending health maintenance at this time

## Allergies

**Aspirin**

*(Exhibit C)*

# AFTER VISIT SUMMARY

**NYC HEALTH+ HOSPITALS** | **Kings County**

**Othman Ibela** DoB: 9/12/1980    📅 2/14/2020 10:00 AM    📍 KC Adult Behavioral Health - 4th FL 718-245-2703

---

## Instructions from Peter A. Suvakeen, LCSW


**Return in about 10 days**
(around 2/24/2020) for 2/24/20 with Dr. Li @ 2:15pm for 30 minutes and Zoe Malkins @ 2:30 pm for 45m.

---

## Today's Visit

You saw Peter A. Suvakeen, LCSW on Friday February 14, 2020.

## What's Next

| FEB 24 2020 | **Office Visit** with Jun Li, MD<br>Monday February 24 1:45 PM | KC Adult Behavioral Health - 5th FL<br>451 Clarkson Avenue<br>Brooklyn NY 11203<br>718-245-2704 |
| --- | --- | --- |
| FEB 24 2020 | **Therapy** with Zoe A Malkin, LMSW<br>Monday February 24 2:30 PM | KC Adult Behavioral Health - 4th FL<br>451 Clarkson Avenue<br>Brooklyn NY 11203<br>718-245-2703 |

**Patient EMPI: 32817248**

## Your Medication List as of 2/14/20 12:33 PM

ⓘ Always use your most recent med list.

**OLANZapine** 10 MG tablet
Commonly known as: ZYPREXA

Take 1 tablet (10 mg total) by mouth nightly.

# Other Info from Your Visit

Patient has no pending health maintenance at this time

## VII.  PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that:
(1) the complaint is not being presented for an improper purpose (such as to harass,
cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are
supported by existing law or by a nonfrivolous argument to change existing law; (3) the
factual contentions have evidentiary support or, if specifically so identified, will likely
have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Federal
Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I
understand that my failure to keep a current address on file with the Clerk's Office may
result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to
proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 05/06/2020 | | othmanibela |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Othman | | Ibela |
| First Name | Middle Initial | Last Name |
| 147-36 94ave apt#19 B | | |
| Street Address | | |
| Jamaica-Queens | NY | 11435 |
| County, City | State | Zip Code |
| 347-303-4270 | | motherlandcorporation@gmail.com |
| Telephone Number | | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes    ☐ No

   If you do consent to receive documents electronically, submit the completed form with your
   complaint. If you do not consent, please do not attach the form.

05/06/2020

Othman Ibela
147-36 94th avenue apart #19B
Jamaica-Queens,NY 11435
Cell: 347-303-4270 or home: 718-297-3148
Email:motherlandcorporation@gmail.com

## Othman Ibela V. Allied Universal

Before I commence I would like to say that I am not the enemy of the
United States of America; the real enemy of the United States of America
are those who ignore or misinterpret the United States of America
constitution ...

President John F. Kennedy states that ; " those who do nothing are
inviting shame as well as violence, those who act boldly are recognizing
right as well as reality".

On 05/24/2019 ; I started to work for Allied Universal as security officer
and I was posted at the Cryder house site ...
On 06/24/2019 around 10:53pm,my co-worker harassed,discriminated
and bully me because of my origin, according to my co-worker I came in
USA to take his job away from him,despite that I am american citizen my
co-worker still believe that I am not welcome in USA, he yelled at me by
requesting me to leave the Cryder house site then he throw-away my
chair outside the security booth ; (exhibit A).

Around 06/24/2019 I did report the incident to my former manager Mr
Nicholas but he failed to take action...
Around 06/25/2019 I did report the incident to HR but HR failed to take
action,instead; they referred me back to my former manager Mr
Nicholas; He started to retaliate against me because I did report the

incident to HR. Around 06/30/2019; I revealed to my former manager Mr Nicholas about my disability just after I revealed to him about my mental disorder he forced me to go back to work with the same co-worker who did fight me ; (exhibit B). My former manager started to take disciplinary action against me by refusing to give me work, by assuming that I am unable to do my job due to my disability, I even requested a plan to support my mental wellness at work but he denied my request ; (exhibit C). As a result I am suffering of depression,anxiety and emotional distress , I thought about commit a suicide and I end up in hospital;(exhibit D)...

According to EEOC a hostile work environment is defined as unwelcome conduct that is bases on race, color, religion, sex,age disability, genetic and national origin, therefore I believe that I have been victim of hostile work environment, retaliation and discrimination base on my disability.

I am seeking compensation for punitive damages,please aware me such others and further relief as the court may deem equitable,just and proper to remedy the defendant unlawful employment practises ...

Best regards
Othman Ibela

( EXHIBIT. A )

Jun 25, 1:41AM





Send message





← **Nicholas (Allied Univ...** 📞 ⋮

Sir , I don't want to be on that site because brings me bad memories but it seems to me you are insisting therefore I will go there despite I don't want to be there ...

(Exhibit. B)

Othman

Aug 21, 10:37AM



To Othman

As indicated above, you will traimln with Burgette, not Sean, just to refresh.

Unfortunately we have no other coverage for overnights at Cryder House , and since you're contingency, I need you to help out in this situation.

Send message



(Exhibit C)

Date:   July 31st, 2019                                    By Certified Mail

**Othman Ibela**
**147-36 94 Avenue Apt 19b**
**Jamaica, Queens, NY**

Dear Othman,

On July 28th, 2019, you called me at 10:51pm stating, "I feel sick, I'm not working tonight, I don't want to be at this site, please find me another site."  Per your text, you indicated you had abandoned your post at Forest Hills South at 11:08pm.  You later returned to post that same night.  I then informed you to return home and to not return to any other shifts unless otherwise instructed by me.

I paid you for four hrs training for that night.  I then provided you with your choice of three dates to report to the Syosset office for counseling to go over proper protocol.  You selected August 1st.  I also indicated I would need a fitness of duty report from your doctor, as the previous medical documentation you provided was from 2013.   As per Allied Universal's HR department's instructions, the letter should specify "what the issues are in relation to his [guard's] duties."

In order to remain in good standing with Allied Universal, you will need to report to the Syosset office with appropriate documentation.  Failure to do so will result in our inability to provide you with work.

Sincerely,


Nicholas Cocco
Operations Manager

Cc: HR Department


(Exhibit D)

# AFTER VISIT SUMMARY

NYC HEALTH+HOSPITALS | **Kings County**

**Othman Ibela**  DoB: 9/12/1980    📅 2/24/2020  2:30 PM   📍 KC Adult Behavioral Health - 4th FL  718-245-2703

---

## Instructions from Zoe A Malkin, LMSW

  **Return in about 3 weeks**
(around 3/13/2020), or 3pm, for Next scheduled follow up.

---

## Today's Visit

You saw Zoe A Malkin, LMSW on Monday February 24, 2020.

## What's Next

MAR
**26**
2020

**Office Visit** with Jun Li, MD
Thursday March 26 1:15 PM

KC Adult Behavioral Health - 5th FL
451 Clarkson Avenue
Brooklyn NY 11203
718-245-2704

### Patient EMPI:  32817248

## Your Medication List  as of 2/24/20  2:57 PM

ⓘ Always use your most recent med list.

**OLANZapine** 10 MG tablet
Commonly known as: ZYPREXA

Take 1 tablet (10 mg total) by mouth nightly.

# Other Info from Your Visit

Patient has no pending health maintenance at this time

## Allergies

**Aspirin**

---

Othman Ibela (MRN: 2601234) (9/12/1980) • Printed at 2/24/20  2:57 PM

Page 1 of 2    Epic

(Exhibit D)

# AFTER VISIT SUMMARY

**NYC HEALTH + HOSPITALS** | **Kings County**

**Othman Ibela** DoB: 9/12/1980    📅 2/14/2020 10:00 AM   📍 KC Adult Behavioral Health - 4th FL 718-245-2703

## Instructions from Peter A. Suvakeen, LCSW

**Return in about 10 days**
(around 2/24/2020) for 2/24/20 with Dr. Li @ 2:15pm for 30 minutes and Zoe Malkins @ 2:30 pm for 45m.

## Today's Visit

You saw Peter A. Suvakeen, LCSW on Friday February 14, 2020.

## What's Next

| | | |
|---|---|---|
| FEB 24 2020 | **Office Visit** with Jun Li, MD<br>Monday February 24 1:45 PM | KC Adult Behavioral Health - 5th FL<br>451 Clarkson Avenue<br>Brooklyn NY 11203<br>718-245-2704 |
| FEB 24 2020 | **Therapy** with Zoe A Malkin, LMSW<br>Monday February 24 2:30 PM | KC Adult Behavioral Health - 4th FL<br>451 Clarkson Avenue<br>Brooklyn NY 11203<br>718-245-2703 |

**Patient EMPI: 32817248**

## Your Medication List as of 2/14/20 12:33 PM

ⓘ Always use your most recent med list.

**OLANZapine** 10 MG tablet                    Take 1 tablet (10 mg total) by mouth nightly.
Commonly known as: ZYPREXA

# Other Info from Your Visit

Patient has no pending health maintenance at this time

**U.S. Equal Employment Opportunity Commission**
**New York District Office**

33 Whitehall Street
5th Floor
New York, NY 10004
(929) 506-5270
TDD: 1-800-669-6820
Fax: (212) 336-3625
1-800-669-4000

Respondent: ALLIED UNIVERSAL
EEOC Charge No.: 520-2020-01716
FEPA Charge No.:

February 20, 2020

Ibela Othman
147-36 94th Avenue
Apt. 19B
Jamaica, NY 11435

Dear Mr. Othman:

This is to acknowledge receipt of the above-numbered charge of employment discrimination against the above-named respondent. Please use the "EEOC Charge No." listed above whenever you call us about this charge. The information provided indicates that the charge is subject to:

| | |
|---|---|
| [X] | Title VII of the Civil Rights Act of 1964 (Title VII) |
| [ ] | The Age Discrimination in Employment Act (ADEA) |
| [X] | The Americans with Disabilities Act (ADA) |
| [ ] | The Equal Pay Act (EPA) |
| [ ] | The Genetic Information Nondiscrimination Act (GINA) |

You need do nothing further at this time. We will contact you when we need more information or assistance. A copy of the charge or notice of the charge will be sent to the respondent within 10 days of our receipt of the charge as required by our procedures.

Please be aware that we will send a copy of the charge to New York State Division Of Human Rights Federal Contract Unit One Fordham Plaza, 4 Fl. Bronx, NY 10458 as required by our procedures. If the charge is processed by that agency, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.

The quickest and most convenient way to obtain the contact information and the status of your charge is to use EEOC's Online Charge Status System, which is available 24/7. You can access the system via this link (https://publicportal.eeoc.gov/portal) or by selecting the "My Charge Status" button on EEOC's Homepage (www.eeoc.gov). To sign in, enter your EEOC charge number, your zip code and the security response. An informational brochure is enclosed that provides more information about this system and its features.

While your charge is pending, please notify us of any change in your address, or where you can be reached if you have any prolonged absence from home. Your cooperation in this matter is essential.

Sincerely,

Loresa A. Lockett
Investigator
(929) 506-5287

Office Hours: Monday – Friday, 8:30 a.m. - 5:00 p.m.
www.eeoc.gov

Enclosure(s):

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Ibela Othman | From: | New York District Office |
|---|---|---|---|
| | 147-36 94th Avenue | | 33 Whitehall Street |
| | Apt. 19B | | 5th Floor |
| | Jamaica, NY 11435 | | New York, NY 10004 |

☐    *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2020-01716 | Loresa A. Lockett, Investigator | (929) 506-5287 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒    The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐    Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____      2-20-2020

Enclosures(s)

**Judy A. Keenan,**
**Acting Deputy Director**

*(Date Mailed)*

cc:    **Brian Wallen**
**Manager Employment Practices**
**ALLIED UNIVERSAL**
**Eight Tower Bridge**
**161 Washington Street, Suite 600**
**Conshohocken, PA 19428**

Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 520-2020-01716 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name *(indicate Mr., Ms., Mrs.)*<br>**Mr. Ibela Othman** | Home Phone *(Incl. Area Code)*<br>**(347) 303-4270** | Date of Birth |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **147-36 94th Avenue, Apt. 1-B, Jamaica, NY 11435** *(19)* | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**ALLIED UNIVERSAL** | No. Employees, Members<br>**Unknown** | Phone No. *(Include Area Code)* |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **229 W 36th st,  11th Floor,  Nyc, NY 10018** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest<br>**09-30-2019** | Latest<br>**09-30-2019** |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(if additional paper is needed, attach extra sheet(s)):*

*Please see extra sheet...*

NEW YORK DISTRICT EEOC
2020 FEB 13  PM 5
RECEIVED

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

02/03/2020
_____
Date

*Othman Ibela*
Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT  *Othman Ibela*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE  2/3/2020
*(month, day, year)*

OKEY ARIZOR
Notary Public, State of New York
No. 01AR6189659
Qualified in Bronx County
Commission Expires June 30, 2020

Ott
147-36 94th Ave Apt # 19B
Jamaica - Queens, NY 11435




CERTIFIED MAIL®

7019 2280 0000 2214 3834

RETURN RECEIPT
REQUESTED




U.S. POSTAGE PAID
NEW YORK, NY
$8.40
R2304M1 12868-72

U.S. District Court - Southern
District of New York.

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007


RECEIVED
MAY 14 2020
PRO SE OFFICE

USM P3
SDNY