UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OTHMAN IBELA,

                Plaintiff,

    -against-

ALLIED UNIVERSAL,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/22/2020

20-CV-3800 (ALC)

ORDER

ANDREW L. CARTER, JR., United States District Judge:

    Plaintiff paid the relevant fees to brings this *pro se* action under the Americans with Disabilities Act of 1990, Title VII of the Civil Rights Act of 1964, and the New York City and New York State Human Rights Laws. He alleges that his former employer discriminated against him based on his disability and national origin. Plaintiff has filed an application for the Court to request *pro bono* counsel. (ECF No. 5.)

    The factors to be considered in ruling on an indigent litigant's request for counsel include the merits of the case, Plaintiff's efforts to obtain a lawyer, and Plaintiff's ability to gather the facts and present the case if unassisted by counsel. See *Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172 (2d Cir. 1989); *Hodge v. Police Officers,* 802 F.2d 58, 60-62 (2d Cir. 1986). Of these, the merits are "[t]he factor which command[s] the most attention." *Cooper*, 877 F.2d at 172.

    Because it is too early in the proceedings for the Court to assess the merits of the action, the Court denies Plaintiff's application to request *pro bono* counsel without prejudice to renewal at a later date.

    Plaintiff has already consented to receive all court documents electronically. In light of the current global health crisis, Plaintiff is also encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. For more information, including instructions on

this new email service for *pro se* parties, Plaintiff may visit the Court's website at nysd.uscourts.gov.

## CONCLUSION

The motion for counsel is denied without prejudice, and the Clerk of Court is directed to terminate it. (ECF No. 5.)

Plaintiff has consented to receive electronic service of Court filings (ECF No. 4), and is encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov.

SO ORDERED.

Dated:   May 22, 2020
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge