USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/1/2020_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

    **OTHMAN IBELA,**

                         **Plaintiff,**

              **-against-**

    **ALLIED UNIVERSAL,**

                    **Defendant.**

-----------------------------------------------------------x

                              **20-CV-3800 (ALC)**

                                 **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court Ordered Plaintiff to file an Amended Complaint, if any, on or before August 14, 2020.  To date, Plaintiff has filed no Amended Complaint.  Plaintiff is hereby **GRANTED** leave to file an Amended Complaint on or before October 9, 2020.  Defendant's request to file a motion to dismiss is hereby **GRANTED.**  The Parties should proceed in accordance with the following briefing schedule on Defendant's motion to dismiss:

| | |
|---|---|
| **Defendant's Moving Brief** | October 30, 2020 |
| **Plaintiff's Opposing Brief** | November 13 ,2020 |
| **Defendant's Reply Brief** | November 27, 2020 |

**SO ORDERED.**

**Dated:**       **October 1, 2020**
              **New York, New York**

_____

       **HON. ANDREW L. CARTER, JR.**
         **United States District Judge**