**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
OTHMAN IBELA,

                    Plaintiff,

    -against-                                   20 **CIVIL** 3800 (ALC)

                                                      **JUDGMENT**

ALLIED UNIVERSAL,

                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated July 20, 2021, Defendant's motion to dismiss Plaintiff's claims is granted; accordingly, this case is closed.

**Dated:**  New York, New York
            July 20, 2021

                                                                   **RUBY J. KRAJICK**

                                                                    Clerk of Court
                                      **BY:**
                                                                     Deputy Clerk