UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
OTHMAN IBELA,

                    Plaintiff,

          -against-

ALLIED UNIVERSAL,

                  Defendant.
-------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 16, 2022

**20-cv-3800 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      No later than May 31, 2022, the parties shall file a joint status letter regarding proposed next steps.

**SO ORDERED.**

**Dated:**    **May 16, 2022**
              **New York, New York**

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**