UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OTHMAN IBELA,                                      :
                                                   :        20-CV-3800 (ALC) (RWL)
                                    Plaintiff,     :
                                                   :
                      - against -                  :        **ORDER**
                                                   :
ALLIED UNIVERSAL,                                  :
                                                   :
                                    Defendant.     :
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:7/12/2022
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed during the telephone conference held on July 12, 2022, the date for

the parties to serve their initial mandatory disclosures is extended to July 22, 2022.

Further, by July 19, 2022, Plaintiff shall email to defense counsel proposed terms to settle

the case.  The first regularly-scheduled status report shall be filed by August 2, 2022.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: July 12, 2022
        New York, New York

Copies transmitted this date to all counsel of record.

1