UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Othman Ibela,

                              Plaintiff,

          - against -

Allied Universal,

                             Defendant.
------------------------------------------------------------X

20-cv-3800 (ALC) (RWL)

**SETTLEMENT CONFERENCE ORDER**

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2022**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      A settlement conference before Judge Robert W. Lehrburger is hereby scheduled for **September 14, 2022, at 9:30 a.m.** in Courtroom 18 D, at 500 Pearl Street, New York, N.Y. 10007 before Magistrate Judge Robert W. Lehrburger. The parties are instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures. The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in pdf fillable format as attachment to the Settlement Conference Procedures) no later than September 7, 2022, by 5:00 p.m.    The Clerk of Court is respectfully directed to mail a copy to Plaintiff.

                                              SO ORDERED.

                                              _____
                                              ROBERT W. LEHRBURGER
                                              UNITED STATES MAGISTRATE JUDGE

Dated:  August 4, 2022
        New York, New York

Copies transmitted this date to all counsel or record and mailed to:

    Othman Ibela (pro se)
    147-36 94th Ave.
    Apt. # 19B
    Jamaica, NY 11435