USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OTHMAN IBELA,

                    Plaintiff,

        - against -

ALLIED UNIVERSAL,

                    Defendant.
-----------------------------------------------------------X

20-CV-3800 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Due to the Court having been informed of Plaintiffs medical status, the settlement conference scheduled for September 14, 2022, at 9:30 a.m. is adjourned.  The Courtroom Deputy will reach out to the parties to re-schedule the conference.

                             SO ORDERED.

                             _____
                             ROBERT W. LEHRBURGER
                             UNITED STATES MAGISTRATE JUDGE

Dated: September 8, 2022
       New York, New York

Copies transmitted this date to all counsel of record.