UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IBELA, | USDC SDNY |
|    Plaintiff, | DOCUMENT |
| | ELECTRONICALLY FILED |
| -against- | DOC#: _____ |
| | DATE FILED: 11/3/2022 |
| ALLIED UNIVERSAL, | 20-cv-03800 (ALC) |
|    Defendant. | **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

SO ORDERED.

Dated:  November 3, 2022
        New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**